AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Rau, Steven E. | 2. Court or Organization<br><br>US District Court - District Court of Minnesota | 3. Date of Report<br><br>11/06/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>1/1/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>316 North Robert St<br>Suite 348<br>St. Paul, MN 55101 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 11/06/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 11/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. UGMA | | | | | | | | | |
| 2. Berkshire Hathaway Inc | | None | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. UGMA | | | | | | | | | |
| 5. Alliance Bernstein Core Opportunities Fund Class C ADGCX | | None | J | T | | | | | |
| 6. Berkshire Hathaway Inc | | None | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. IRA | | | | | | | | | |
| 9. Berkshire Hathaway | | None | K | T | Sold (part) | 1/15/16 | J | B | |
| 10. Columbia Select Large - UMLGX | | None | | | Sold | 3/24/16 | K | A | |
| 11. Columbia Fund Ser Tr-CEEZX | A | Dividend | K | T | | | | | |
| 12. Wells Fargo Fds Tr-WDHYX | B | Dividend | | | Sold | 03/24/16 | L | A | |
| 13. Spider S&P Biotech EFT-XBI | A | Dividend | K | T | Buy (add'l) | 01/15/16 | J | | |
| 14. Thornburg Inv Tr-THDIX | A | Dividend | K | T | Buy | 2/21/16 | K | | |
| 15. Wells Fargo Funds Tr-WFMIX | A | Dividend | K | T | | | | | |
| 16. Abbvie, Inc. -ABBV | A | Dividend | J | T | Buy (add'l) | 01/15/16 | J | | |
| 17. EMC Corp Mass-AMC | A | Dividend | | | Merged (with line 30) | 09/07/16 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intel Corp-INTC | A | Dividend | K | T | | | | | |
| 19. Johnson & Johnson - JNJ | A | Dividend | | | Sold | 09/16/16 | K | B | |
| 20. Merck & Co., Inc. - MRK | A | Dividend | J | T | | | | | |
| 21. Microsoft Corp - MSFT | A | Dividend | K | T | Sold (part) | 01/15/16 | J | B | |
| 22. Apple, Inc., -AAPL | A | Dividend | K | T | Buy (add'l) | 01/15/16 | J | | |
| 23. Procter & Gamble Co- PG | A | Dividend | K | T | Sold (part) | 01/15/16 | J | A | |
| 24. Goldman Sachs Bank SD | A | Interest | K | T | | | | | |
| 25. Synchrony Bank CD | A | Interest | K | T | | | | | |
| 26. Pfizer Incorporated - PFE | A | Dividend | K | T | Buy | 03/24/16 | K | | |
| 27. Cisco Systems Inc - CSCO | A | Dividend | K | T | Buy | 03/24/16 | K | | |
| 28. Goldman Sachs Bank CD▓▓ | A | Interest | K | T | Buy | 12/07/16 | K | | |
| 29. | | | | | | | | | |
| 30. Dell Tecnologies in Clv-DVMT | | None | | | Sold | 09/07/16 | J | A | |
| 31. | | | | | | | | | |
| 32. IRA | | | | | | | | | |
| 33. Abbvie | A | Dividend | K | T | | | | | |
| 34. Alerian MLP ETF | B | Dividend | | | Sold | 03/24/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 11/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Apple, Inc. | A | Dividend | K | T | Buy (add'l) | 03/24/16 | J | | |
| 36. AT&T Inc. | B | Dividend | K | T | Buy (add'l) | 03/24/16 | J | | |
| 37. Berkshire Hathaway | | None | K | T | | | | | |
| 38. Bristol Meyers Squibb | A | Dividend | J | T | | | | | |
| 39. Celgene Corp | | None | K | T | | | | | |
| 40. Chevron Corporation | A | Dividend | | | Sold | 03/24/16 | J | A | |
| 41. Cisco Systems | B | Dividend | J | T | Buy (add'l) | 03/24/16 | J | | |
| 42. Coca-Cola | A | Dividend | J | T | | | | | |
| 43. Costco Whsl Corp New | A | Dividend | | | Sold | 03/24/16 | K | B | |
| 44. EMC Corp | A | Dividend | | | Sold | 09/7/16 | K | C | |
| 45. Emerson Electric Co | A | Dividend | | | Sold | 03/24/16 | J | A | |
| 46. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 47. General Electric Company | A | Dividend | K | T | | | | | |
| 48. Intel Corp | A | Dividend | K | T | Buy (add'l) | 03/24/16 | J | | |
| 49. Ishares Global Tech - IXN | A | Dividend | K | T | Buy (add'l) | 03/24/16 | J | | |
| 50. Johnson & Johnson | A | Dividend | | | Sold | 09/16/16 | J | C | |
| 51. Kimberly-Clark Group | A | Dividend | | | Sold | 03/24/16 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 11/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Merck & Co Inc. | A | Dividend | K | T | Buy (add'l) | 03/24/16 | J | | |
| 53. Microsoft Corp | A | Dividend | K | T | | | | | |
| 54. Novartis AG | A | Dividend | J | T | | | | | |
| 55. Oppenheimer Dev Markets-ODVYX | A | Dividend | J | T | Sold (part) | 03/24/16 | J | A | |
| 56. Proctor and Gamble Co | A | Dividend | K | T | | | | | |
| 57. Qualcomm, Inc. | A | Dividend | K | T | Buy (add'l) | 03/24/16 | J | | |
| 58. Spdr S&P Biotech | A | Dividend | J | T | Buy (add'l) | 03/24/16 | J | | |
| 59. Pfizer | A | Dividend | K | T | Buy (add'l) | 03/24/16 | J | | |
| 60. Thornburg Inv Tr Developing World Fd-THDIZ | A | Dividend | J | T | Sold (part) | 03/24/16 | J | A | |
| 61. Total S A Sponsored ADR TOT | A | Dividend | | | Sold | 03/24/16 | J | A | |
| 62. United Technologies Corp | A | Dividend | J | T | | | | | |
| 63. Wells Fargo Funds - WARDX | A | Dividend | | | Sold | 03/24/16 | J | A | |
| 64. Wells Fargo Fds Tr-WDHYX | A | Dividend | | | Sold | 03/24/16 | L | A | |
| 65. Wells Fargo Advantage-SCVIX | A | Dividend | J | T | Sold (part) | 03/24/16 | J | A | |
| 66. WGL Holdings Inc-WGL | A | Dividend | | | Sold | 03/24/16 | K | D | |
| 67. Lehman Brothers Holdings ESC | A | Int./Div. | J | T | Sold (part) | 03/31/16 | J | A | |
| 68. Lehman Brothers Holdings ESC | A | Int./Div. | J | T | Sold (part) | 10/16/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 11/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. GE Capital Retail Bank CD | A | Int./Div. | K | T | | | | | |
| 70. Goldman Sachs Bank USA CD | A | Int./Div. | K | T | | | | | |
| 71. Dell Technologies - DVMT | | None | J | T | Spinoff (from line 44) | 09/7/16 | J | | |
| 72. | | | | | | | | | |
| 73. Joint Account | | | | | | | | | |
| 74. Abbvie (spinoff from Abbott) | A | Dividend | K | T | | | | | |
| 75. American Electric Power Inc-AEP | A | Dividend | | | Sold | 03/24/16 | J | A | |
| 76. AT&T-Inc-T | A | Dividend | J | T | | | | | |
| 77. Bristol Myers Squibb-BMY | A | Dividend | | | Sold | 03/24/16 | J | D | |
| 78. Welltower, Inc. -HCN | A | Dividend | J | T | | | | | |
| 79. Intel Corp-INTC | A | Dividend | J | T | | | | | |
| 80. Johnson & Johnson-JNJ | A | Dividend | | | Sold | 09/16/16 | K | D | |
| 81. Merck & Co Inc -MRK | A | Dividend | K | T | | | | | |
| 82. Novartis AG Spon ADR-NVS | A | Dividend | J | T | | | | | |
| 83. Pepsico Inc-PEP | A | Dividend | K | T | | | | | |
| 84. PG&E Corporation - PCG | A | Dividend | K | T | | | | | |
| 85. United Techonologies Corp-UTX | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 11/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 86. | Wells Fargo Company-WFC | D | Dividend | N | T | Buy (add'l) | 03/16/16 | N | | |
| 87. | Wells Fargo Company - WFC | D | Dividend | N | T | Sold (part) | 12/07/16 | K | A | |
| 88. | | | | | | | | | | |
| 89. | WGL Holdings Inc-WGL | A | Dividend | J | T | | | | | |
| 90. | Wells Fargo Money Market Fund | A | Int./Div. | L | T | | | | | |
| 91. | Wells Fargo Funds Tr-WHYDX | A | Dividend | J | T | | | | | |
| 92. | | | | | | | | | | |
| 93. | Alliance Bernstein 529 Growth C | | None | M | T | | | | | |
| 94. | | | | | | | | | | |
| 95. | | | | | | | | | | |
| 96. | Wells Fargo Stable Value Fund - in Wells Fargo 401(k) Plan | | None | J | T | | | | | |
| 97. | Wells Fargo Large Cap Value Fund - in Wells Fargo 401(k) Plan | | None | J | T | | | | | |
| 98. | State Street S&P 500 Index Fund - in Wells Fargo 401(k) Plan | | None | J | T | | | | | |
| 99. | Wells Fargo Large Cap Growth Fund - in Wells Fargo 401(k) Plan | | None | J | T | | | | | |
| 100. | State Street S&P Mid Cap Index Fund - in Wells Fargo 401(k) Plan | | None | J | T | | | | | |
| 101. | Wells Fargo Small Cap Fund - in Wells Fargo 401(k) Plan | | None | J | T | | | | | |
| 102. | Wells Fargo International Equity Fund - in Wells Fargo 401(k) Plan | | None | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less, B =$1,001 - $2,500, C =$2,501 - $5,000, D =$5,001 - $15,000, E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000, G =$100,001 - $1,000,000, H1 =$1,000,001 - $5,000,000, H2 =More than $5,000,000
2. Value Codes J =$15,000 or less, K =$15,001 - $50,000, L =$50,001 - $100,000, M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000, O =$500,001 - $1,000,000, P1 =$1,000,001 - $5,000,000, P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000, P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal, R =Cost (Real Estate Only), S =Assessment, T =Cash Market
(See Column C2) U =Book Value, V =Other, W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 11/06/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wells Fargo Emerging Markets Equity Fund - in Wells Fargo 401(k) Plan | | None | J | T | | | | | |
| 104. Wells Fargo ESOP Fund - in Wells Fargo 401(k) Plan | D | Int./Div. | O | T | | | | | |
| 105. | | | | | | | | | |
| 106. CD-12 Month Equivalent - in Wells Fargo Deferred Compensation Plan | | None | P1 | T | | | | | |
| 107. Wells Fargo International Equity Fund -in WF Deferred Comp Plan | | None | O | T | | | | | |
| 108. Russell Small Cap Index Fund-in WF Deferred Comp Plan | | None | K | T | | | | | |
| 109. State Street S&P 500 Index Fund-in WF Deferred Comp Plan | | None | N | T | | | | | |
| 110. State Street S&P Mid Cap Index Fund-in WF Deferred Comp Plan | | None | L | T | | | | | |
| 111. State Street US Bond Index Fund - K-in WF Deferred Comp Plan | | None | M | T | | | | | |
| 112. | | | | | | | | | |
| 113. Wells Fargo Cash Balance (Pension) Plan - No control | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 11/06/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 41 - Was inadvertently omitted in previous reports
Line 43 - Was inadvertently omitted in previous reports
Line 51 - Was inadvertently omitted in previous reports
Lines 56-58 - Were inadvertently omitted in previous reports
Lines 96-104 - Were inadvertently omitted in previous reports
Lines 106-111 - Were inadvertently omitted in previous reports
Line 113 - Was inadvertently omitted in previous reports

The Tiger Building LP Note was sold in 2015 for $52,985. This was inadvertently omitted in the 2015 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steven E. Rau**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544